IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARYL WILLIAMS, #29927-001, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) | CASE NO. 2:18-CV-184-WKW [WO] |
| WALTER WOODS, Warden, | ) ) |
| Defendant. | ) |

## **ORDER**

On April 27, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for failure to prosecute and for failure to obey court orders.

Final judgment will be entered separately.

DONE this 30th day of May, 2018.

                                      /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE